**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| B.H. a minor, by and through his Next Friend, NIKKI HUTCHISON, | ) | |
| Plaintiff, | ) | Case No.: 6:24-cv-03292 |
| v. | ) | (Removal from the Circuit Court of Taney County, 46th Judicial Circuit Case No.: 2446-CC00205) |
| BA BRANSON, LLC, d/b/a BIG AIR TRAMPOLINE PARK, | ) | |
| Defendant. | ) | |

**DEFENDANT'S SUBMISSION OF PLEADINGS FROM STATE COURT ACTION**

COMES NOW Defendant BA Branson LLC d/b/a Big Air Trampoline Park (hereinafter "Defendant"), by and through undersigned counsel, hereby state:

1. The above-styled action was removed from the Circuit Court of the County of Taney, Missouri to the United States District Court for the Western District of Missouri, Southern Division on or about October 15, 2024.

2. Notification of the removal of action was served upon counsel for Plaintiff on or about October 15, 2024.

3. Copies of all pleadings and process in this action which have been filed with the Circuit Court of the County of Taney, Missouri are attached hereto. No other process, pleading, or order has been filed with the Circuit Court of the County of Miller, Missouri.

Respectfully Submitted,

**MCANANY, VAN CLEAVE & PHILLIPS, P.A.**

By: */s/ Byron A. Bowles, Jr.*____________
Byron A. Bowels, Jr., MO Bar No. 47050
10 E. Cambridge Circle Drive, Suite 300
Kansas City, KS 66103
Ph: (913) 371-3838
Fx: (913) 371-4722
bbowles@mvplaw.com

Joshua L. Mareschal, MO Bar #58767
1546 E. Bradford Parkway; Suite 100
Springfield, MO 65804
Phone: (417) 865-0007
Fax: (417) 865-0008
Email: jmareschal@mvplaw.com

-And-

Eric C. Harmon, MO Bar #73739
505 North 7th Street, Suite 2100
St. Louis, MO 63101
Ph: (314) 621-1133
Fx: 314-992-0540
Email: eharmon@mvplaw.com

**ATTORNEYS FOR DEFENDANT,
BA BRANSON, LLC., d/b/a
BIG AIR TRAMPOLINE PARK**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that on this **15th** day of **October 2024**, a true and correct copy of the foregoing was served via the Court's CM/ECF system which generated electronic notice of same to all counsel of record

*/s/ Byron A. Bowles, Jr.*______
Byron A. Bowles, Jr.
***Attorney for Defendant, BA Branson LLC, d/b/a Big Air Trampoline Park***

Electronically Filed - TANEY - August 26, 2024 - 04:43 PM

**IN THE CIRCUIT COURT OF TANEY COUNTY, MISSOURI**

**B.H. a minor, by and through his Next Friend, NIKKI HUTCHISON,**

**Plaintiff,**

**vs.**

**BA BRANSON, LLC, d/b/a BIG AIR TRAMPOLINE PARK,**
**Serve:**
**CT Corporation System, Registered Agent**
**120 S. Central Ave.**
**Clayton, MO 63105**

**Defendant.**

**Case No.**

**JURY TRIAL DEMANDED**

**PETITION**

COMES NOW plaintiff B.H. a minor, by and through his Next Friend, Nikki Hutchison, and his attorneys, Strong Law, P.C., and for his cause of action against defendant BA Branson, LLC, d/b/a Big Air Trampoline Park states and alleges as follows:

**PARTIES**

1. Plaintiff B.H. a minor, by and through his Next Friend, Nikki Hutchison (hereinafter "B.H."), is a resident of the State of Arkansas.

2. Defendant BA Branson, LLC, d/b/a Big Air Trampoline Park (hereinafter "Big Air"), is an Oklahoma limited liability company, with its principal place of business in Taney County, Missouri. At all relevant times, Big Air operated a trampoline park in Taney County, Missouri. Defendant Big Air may be served through its registered agent, CT Corporation System, 120 S. Central Ave., Clayton, Missouri 63105.

EXHIBIT A

Electronically Filed - TANEY - August 26, 2024 - 04:43 PM

## JURISDICTION AND VENUE

3. The facts giving rise to B.H.'s claims occurred in Taney County, Missouri and venue and jurisdiction are proper in this Court.

## FACTS COMMON TO ALL COUNTS

4. On January 28, 2023, defendant BA Branson, LLC, was the owner of Big Air Trampoline Park, located at 3300 Gretna Rd., Branson, MO 65616 (hereinafter referred to as the "Property").

5. Big Air advertised the property as an "exciting trampoline park" that "provid[ed] kiddos and kids at heart with the opportunity to bounce, play, climb, and have a blast in the Ozarks."

6. On January 28, 2023, the Property had a 25-foot climbing wall attraction called, "The Wall".

7. The employee of Big Air Trampoline Park that was supervising that area handed B.H. a harness and with the only instruction to B.H. being to kick away from the wall at the top.

8. B.H. ascended The Wall, and after reaching the top, kicked away from the wall to descend.

9. When he did so, B.H. came straight down and slammed into the ground. When B.H. struck the ground, he felt his knee snap. That snapping was the rupture of his patellar tendon.

10. B.H. was rushed to the hospital and had surgery as a result of his injuries.

## COUNT I - NEGLIGENCE

COMES NOW plaintiff B.H. and for Count I of his Petition against defendant Big Air, alleges and states as follows:

Electronically Filed - TANEY - August 26, 2024 - 04:43 PM

11. B.H. incorporates herein by reference all paragraphs and subparagraphs of his Petition.

12. On January 28, 2023, Big Air owed B.H. the duty to exercise reasonable and ordinary care in making the Property safe for his use.

13. On January 28, 2023, the Property was in a dangerous condition because, The Wall had a cable that did not allow a climber to slowly descend and thereby created a dangerous condition on its premises.

14. The dangerous condition on defendant Big Air's Property exposed persons using or attempting to use the climbing wall on the Property to an unreasonable risk of injury, including B.H.

15. Prior to January 28, 2023, defendant Big Air knew, or in the exercise of ordinary care could have known about the dangerous condition.

16. As a direct and proximate result of the dangerous condition, B.H. suffered severe injury to his knee, including a ruptured left patella tendon, requiring surgery on his knee. He has been rendered nervous by the incident, has suffered anxiety of body and mind and has suffered emotional upset and loss of enjoyment of life. He has suffered all of the above injuries, pain, and damages since the date of the fall, suffers them at the present time, and will suffer them into the future, said injuries, pain, and damages being permanent, disabling, and progressive.

17. By reason of his injuries, B.H. has paid or become obligated to pay for, and will in the future pay or become obligated to pay for items of expense in obtaining and receiving medical care and treatment.

Electronically Filed - TANEY - August 26, 2024 - 04:43 PM

18. By reason of the foregoing, B.H. has been damaged and is entitled to fair and reasonable compensation.

WHEREFORE, plaintiff B.H. prays for judgment against defendant Big Air, and for such sums as are reasonable and necessary to compensate him for his personal injuries and damages resulting from the incident described in this Petition, for his costs expended herein, post-judgment interest, and for all other relief deemed just and proper.

**COUNT II: NEGLIGENCE**

COMES NOW plaintiff B.H. and for Count II of his Petition against defendant Big Air, alleges and states as follows:

19. B.H. incorporates herein by reference all paragraphs and subparagraphs of his Petition.

20. On January 28, 2023, defendant Big Air owed B.H. a duty to exercise reasonable and ordinary care not to expose its patrons to dangers on its property, including the climbing wall attraction.

21. Defendant Big Air was negligent and breached its duty of care in one or more of the following ways, either individually, in combination, or in the alternative:

a. Failing to warn guests that they would need help to descend from The Wall;

b. Failing to instruct guests on how to dismount off The Wall in a safe manner;

c. Failing to have proper training in place for its employees regarding safe use of the climbing wall;

d. Failing to adequately train, supervise, and/or monitor its employees.

e. Failing to properly monitor the children on its premises;

f. Allowing children to scale a 25-foot wall without assistance;

g. Allowing children to descend a 25-foot wall without assistance; and

h. Not properly inspecting its equipment; and

i. Providing inaccurate or incorrect guidance or training to the children using The Wall.

22. As a direct and proximate result of the dangerous condition, B.H. suffered severe injury to his knee, including a ruptured left patella tendon, requiring surgery on his knee. He has been rendered nervous by the incident, has suffered anxiety of body and mind and has suffered emotional upset and loss of enjoyment of life. He has suffered all of the above injuries, pain, and damages since the date of the fall, suffers them at the present time, and will suffer them into the future, said injuries, pain, and damages being permanent, disabling, and progressive.

23. By reason of his injuries, B.H. has paid or become obligated to pay for, and will in the future pay or become obligated to pay for items of expense in obtaining and receiving medical care and treatment.

24. By reason of the foregoing, B.H. has been damaged and is entitled to fair and reasonable compensation.

WHEREFORE, plaintiff B.H. prays for judgment against defendant Big Air, and for such sums as are reasonable and necessary to compensate him for his personal injuries and damages resulting from the incident described in this Petition, for his costs expended herein, post-judgment interest, and for all other relief deemed just and proper.

Electronically Filed - TANEY - August 26, 2024 - 04:43 PM

Electronically Filed - TANEY - August 26, 2024 - 04:43 PM

**STRONG LAW, P.C.**

Steve Garner - MO Bar#35899
Jacob Lewis - MO Bar# 67412
901 E. St. Louis St., Suite 1800
Springfield, Missouri 65806
Phone: (417) 887-4300
Fax: (417) 887-4385
sgarner@stronglaw.com
jlewis@stronglaw.com
***Attorneys for Plaintiff***

Electronically Filed - TANEY - August 26, 2024 - 04:43 PM

**IN THE CIRCUIT COURT OF TANEY COUNTY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| B.H. a minor, by and through his Next Friend, NIKKI HUTCHISON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. |
| BA BRANSON, LLC, d/b/a BIG AIR TRAMPOLINE PARK, | ) | |
| Defendant. | ) | |

**MOTION FOR APPOINTMENT OF NEXT FRIEND AND CONSENT TO APPOINTMENT AS NEXT FRIEND**

COMES NOW Nikki Hutchison, Natural Mother of Minor Child a minor born DOB, and requests to be appointed Next Friend of the minor for purposes of pursuing settlement of the claim against defendant herein. The undersigned, Nikki Hutchison, natural mother and legal guardian of Minor Child, hereby consents that she be appointed as Next Friend of the minor for the sole purpose of pursing the above-captioned and numbered cause.

Nikki Hutchison
NIKKI HUTCHISON

Before me personally appeared Nikki Hutchison on August 26, 2024

RHONDA POWELL
NOTARY PUBLIC - STATE OF ARKANSAS
CARROLL COUNTY
My Commission Expires 08/07/2030
Commission # 12377677

Rhonda Powell
Notary Public

2446-CC00205

Electronically Filed - TANEY - August 26, 2024 - 04:43 PM

**IN THE CIRCUIT COURT OF TANEY COUNTY, MISSOURI**

| | | |
|---|---|---|
| **B.H., a minor, by and through his Next Friend, NIKKI HUTCHISON,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No.:** |
| **BA BRANSON, LLC, D/B/A BIG AIR TRAMPOLINE PARK,** | ) | |
| **Defendant.** | ) | |

**CONSENT FOR NEXT FRIEND**

COMES NOW, Minor Child and states the following:

1. Nikki Hutchison is my mother and legal guardian.

2. I am now Minor Child

3. I live with Nikki Hutchison at Minor Child - Address

4. I have no other next friend, guardian, or conservator.

5. Nikki Hutchison is qualified to act as Next Friend for me in this matter.

6. I hereby consent to Nikki Hutchison being appointed as my next friend.

WHEREFORE, the undersigned prays the Court of an Order appointing Nikki Hutchison as Next Friend for minor Minor Child for purposes of bringing the above-mentioned claim.

8-26-24
Date

Minor Child

Before me personally appeard Minor Child on Aug 26, 2024

Rhonda Powell
Notary Public

RHONDA POWELL
NOTARY PUBLIC - STATE OF ARKANSAS
CARROLL COUNTY
My Commission Expires 06/07/2030
Commission # 12377677



# IN THE 46TH JUDICIAL CIRCUIT, TANEY COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JEFFREY M MERRELL | **Case Number: 2446-CC00205** |
| Plaintiff/Petitioner:<br>B. H.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JACOB ANTHONY LEWIS<br>901 E St.Louis St<br>Suite 1800<br>Springfield, MO 65806 |
| Defendant/Respondent:<br>BA BRANSON, LLC D/B/A BIG AIR TRAMPOLINE PARK | Court Address:<br>266 MAIN STREET<br>PO BOX 129<br>FORSYTH, MO 65653 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: BA BRANSON, LLC D/B/A BIG AIR TRAMPOLINE PARK**
**Alias:**

**CT CORPORATION SYSTEM, RA**
**120 S. CENTRAL AVENUE**
**CLAYTON, MO 63105**

***COURT SEAL OF***
CIRCUIT COURT OF MISSOURI
***TANEY COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

8/27/2024 — Date
/s/ Amy Strahan,tm — Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
______________________ (name) ______________________ (title).
☐ other: ______________________.

Served at ______________________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at ________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $________ |
| Non Est | $________ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $________ (______ miles @ $.______ per mile) |
| **Total** | **$________** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.


Electronically Filed - TANEY - September 13, 2024 - 12:31 PM



# IN THE 46TH JUDICIAL CIRCUIT, TANEY COUNTY, MISSOURI

RETURN
SB
9-26

| Judge or Division: JEFFREY M MERRELL | Case Number: 2446-CC00205 |
|---|---|
| Plaintiff/Petitioner: B. H. vs. | Plaintiff's/Petitioner's Attorney/Address JACOB ANTHONY LEWIS 901 E St.Louis St Suite 1800 Springfield, MO 65806 67412 |
| Defendant/Respondent: BA BRANSON, LLC D/B/A BIG AIR TRAMPOLINE PARK | Court Address: 266 MAIN STREET PO BOX 129 FORSYTH, MO 65653 |
| Nature of Suit: CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: BA BRANSON, LLC D/B/A BIG AIR TRAMPOLINE PARK**
**Alias:**

**CT CORPORATION SYSTEM, RA**
**120 S. CENTRAL AVENUE**
**CLAYTON, MO 63105**

30 CTCOR RW

*COURT SEAL OF* *TANEY COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

8/27/2024 — Date
/s/ Amy Strahan,tm — Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to: Edona (name) Intake Specialist (title).

☑ other: CT CORP

Served at 120 South Central, 63105 (address)

in St Louis (County/City of St. Louis), MO, on 9/12/24 (date) at 8A (time).

Charli Craven — Printed Name of Sheriff or Server

[signature] — Signature of Sheriff or Server

RECEIVED 2024 SEP 12 AM 9:41 ST. LOUIS COUNTY SHERIFF'S OFFICE

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______ (date).

*(Seal)*

My commission expires: ______ Date ______ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $ ( ___ miles @ $. ___ per mile) |
| **Total** | $ |

**EXHIBIT B**

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

24-SMCC-8129

OSCA (07-21) SM30 (SMCC) *For Court Use Only:* Document ID# 24-SMCC-420 1 of 1 (2446-CC00205) Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

9-10-24

**IN THE CIRCUIT COURT OF TANEY COUNTY, MISSOURI**

| | | |
|---|---|---|
| B.H. a minor, by and through his<br>Next Friend, Nikki Hutchinson,<br><br>Plaintiff,<br><br>v.<br><br>BA BRANSON, LLC., d/b/a BIG AIR<br>TRAMPOLINE PARK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2446-CC00205 |

**ENTRY OF APPEARANCE**

NOW COMES Byron A. Bowles, Jr. of McAnany, Van Cleave & Phillips, P.A., and hereby enters his appearance as Lead Counsel on behalf of Defendant, BA Branson, LLC., d/b/a Big Air Trampoline Park.

Respectfully submitted,

**MCANANY, VAN CLEAVE & PHILLIPS, P.A.**

*/s/ Byron a. Bowles, Jr.*____________

Byron A. Bowels, Jr., MO Bar No. 47050
10 E. Cambridge Circle Drive, Suite 300
Kansas City, KS 66103
Ph: (913) 371-3838
Fx: (913) 371-4722
bbowles@mvplaw.com

**ATTORNEY FOR DEFENDANT,**
**BA BRANSON, LLC., d/b/a**
**BIG AIR TRAMPOLINE PARK**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this **15th** day of **October 2024**, the foregoing document was electronically filed with the Clerk of the Court via the Court's e-filing and service provider, CASENET, which will serve electronic notification of said filing upon the following counsel of record:

Steve Garner
Jacob Lewis
STRONG LAW, P.C.
sgarner@stronglaw.com
jlewis@stronglaw.com
***Attorneys for Plaintiff***

*/s/ Byron A. Bowles, Jr.*_____
Byron A. Bowles, Jr.
***Attorney for Defendant,***
***BA Branson, LLC., d/b/a***
***Big Air Trampoline Park***

IN THE CIRCUIT COURT OF TANEY COUNTY, MISSOURI

| | | |
|---|---|---|
| B.H. a minor, by and through his Next Friend, Nikki Hutchinson, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 2446-CC00205 |
| BA BRANSON, LLC., d/b/a BIG AIR TRAMPOLINE PARK, | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE AS CO-COUNSEL**

NOW COMES Joshua L. Mareschal of McAnany, Van Cleave & Phillips, P.A., and hereby enters his appearance as Co-counsel on behalf of Defendant, BA Branson, LLC., d/b/a Big Air Trampoline Park.

Respectfully submitted,

**MCANANY, VAN CLEAVE & PHILLIPS, P.A.**

By: */s/ Joshua L. Mareschal*________
Joshua L. Mareschal, MO Bar #58767
1546 E. Bradford Parkway; Suite 100
Springfield, MO 65804
Ph: (417) 865-0007
Fx: (417) 865-0008
Email: jmareschal@mvplaw.com

And

Byron A. Bowels, Jr., MO Bar #47050
10 E. Cambridge Circle Drive, Suite 300
Kansas City, KS 66103
Ph: (913) 371-3838
Fx: (913) 371-4722
Email: bbowles@mvplaw.com

**ATTORNEYS FOR DEFENDANT,**
**BA BRANSON, LLC., d/b/a**
**BIG AIR TRAMPOLINE PARK**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this **15th** day of **October 2024**, the foregoing document was electronically filed with the Clerk of the Court via the Court's e-filing and service provider, CASENET, which will serve electronic notification of said filing upon the following counsel of record:

Steve Garner
Jacob Lewis
STRONG LAW, P.C.
sgarner@stronglaw.com
jlewis@stronglaw.com
***Attorneys for Plaintiff***

*/s/ Joshua L. Mareschal*_____
Joshua L. Mareschal
***Attorney for Defendant,***
***BA Branson, LLC., d/b/a***
***Big Air Trampoline Park***

**IN THE CIRCUIT COURT OF TANEY COUNTY, MISSOURI**

| | | |
|---|---|---|
| B.H. a minor, by and through his Next Friend, Nikki Hutchinson,<br><br>Plaintiff,<br><br>v.<br><br>BA BRANSON, LLC., d/b/a BIG AIR TRAMPOLINE PARK,<br><br>Defendant. | ) | Case No.: 2446-CC00205 |

**ENTRY OF APPEARANCE AS CO-COUNSEL**

NOW COMES Eric C. Harmon of McAnany, Van Cleave & Phillips, P.A., and hereby enters his appearance as additional Co-counsel on behalf of Defendant, BA Branson, LLC., d/b/a Big Air Trampoline Park.

Respectfully submitted,

**MCANANY, VAN CLEAVE & PHILLIPS, P.A.**

By: */s/ Eric C. Harmon*
Eric C. Harmon, MO Bar #73739
505 North 7th Street, Suite 2100
St. Louis, MO 63101
Ph: (314) 621-1133
Fx: 314-992-0540
Email: eharmon@mvplaw.com

Byron A. Bowels, Jr., MO Bar #47050
10 E. Cambridge Circle Drive, Suite 300
Kansas City, KS 66103
Ph: (913) 371-3838
Fx: (913) 371-4722
Email: bbowles@mvplaw.com

-And -

Joshua L. Mareschal, MO Bar #58767
1546 E. Bradford Parkway; Suite 100
Springfield, MO 65804
Ph: (417) 865-0007
Fx: (417) 865-0008
Email: jmareschal@mvplaw.com

**ATTORNEYS FOR DEFENDANT,**
**BA BRANSON, LLC., d/b/a**
**BIG AIR TRAMPOLINE PARK**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this **15th** day of **October 2024**, the foregoing document was electronically filed with the Clerk of the Court via the Court's e-filing and service provider, CASENET, which will serve electronic notification of said filing upon the following counsel of record:

Steve Garner
Jacob Lewis
STRONG LAW, P.C.
sgarner@stronglaw.com
jlewis@stronglaw.com
***Attorneys for Plaintiff***

*/s/ Eric C. Harmon*_____
Joshua L. Mareschal
***Attorney for Defendant,***
***BA Branson, LLC., d/b/a***
***Big Air Trampoline Park***